# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Criminal Case No. 23-CR-00387-CNS

UNITED STATES OF AMERICA,

    Plaintiff,

v.

TODD C. DEXTRADEUR,

    Defendant.

---

## INDICTMENT

---

The Grand Jury charges:

### COUNT 1

On or about December 5, 2019, in the State and District of Colorado, the defendant, TODD C. DEXTRADEUR, did knowingly and intentionally distribute and dispense, and cause to be distributed and dispensed, to J.A., a mixture and substance containing a detectable amount of Oxycodone, a Schedule II controlled substance, through prescriptions that were not issued for a legitimate medical purpose by a practitioner acting within the usual course of professional practice.

All in violation of Title 21, United States Code, Section 841(a)(1) and (b)(1)(C) and Title 21, Code of Federal Regulations, Section 1306.04.

### COUNT 2

On or about June 4, 2019, in the State and District of Colorado, the defendant, TODD C. DEXTRADEUR, did knowingly and intentionally distribute and dispense, and

cause to be distributed and dispensed, to M.B., a mixture and substance containing a detectable amount of Oxycodone, a Schedule II controlled substance, through prescriptions that were not issued for a legitimate medical purpose by a practitioner acting within the usual course of professional practice.

All in violation of Title 21, United States Code, Section 841(a)(1) and (b)(1)(C) and Title 21, Code of Federal Regulations, Section 1306.04.

## COUNT 3

On or about August 27, 2019, in the State and District of Colorado, the defendant, TODD C. DEXTRADEUR, did knowingly and intentionally distribute and dispense, and cause to be distributed and dispensed, to M.B., a mixture and substance containing a detectable amount of Oxycodone, a Schedule II controlled substance, through prescriptions that were not issued for a legitimate medical purpose by a practitioner acting within the usual course of professional practice.

All in violation of Title 21, United States Code, Section 841(a)(1) and (b)(1)(C) and Title 21, Code of Federal Regulations, Section 1306.04.

## COUNT 4

On or about March 30, 2020, in the State and District of Colorado, the defendant, TODD C. DEXTRADEUR, did knowingly and intentionally distribute and dispense, and cause to be distributed and dispensed, to J.C., mixtures and substances containing a detectable amount of Oxycodone and Methadone, Schedule II controlled substances, through prescriptions that were not issued for a legitimate medical purpose by a practitioner acting within the usual course of professional practice.

All in violation of Title 21, United States Code, Section 841(a)(1) and (b)(1)(C)

and Title 21, Code of Federal Regulations, Section 1306.04.

## COUNT 5

On or about June 22, 2020, in the State and District of Colorado, the defendant, TODD C. DEXTRADEUR, did knowingly and intentionally distribute and dispense, and cause to be distributed and dispensed, to J.C., mixtures and substances containing a detectable amount of Oxycodone and Methadone, Schedule II controlled substances, through prescriptions that were not issued for a legitimate medical purpose by a practitioner acting within the usual course of professional practice.

All in violation of Title 21, United States Code, Section 841(a)(1) and (b)(1)(C) and Title 21, Code of Federal Regulations, Section 1306.04.

## COUNT 6

On or about February 11, 2019, in the State and District of Colorado, the defendant, TODD C. DEXTRADEUR, did knowingly and intentionally distribute and dispense, and cause to be distributed and dispensed, to E.C., mixtures and substances containing a detectable amount of Oxycodone and Fentanyl, Schedule II controlled substances, and Alprazolam, a Schedule IV controlled substance, through prescriptions that were not issued for a legitimate medical purpose by a practitioner acting within the usual course of professional practice.

All in violation of Title 21, United States Code, Section 841(a)(1),(b)(1)(C), and (b)(2), and Title 21, Code of Federal Regulations, Section 1306.04.

## COUNT 7

On or about February 18, 2019, in the State and District of Colorado, the defendant, TODD C. DEXTRADEUR, did knowingly and intentionally distribute and

dispense, and cause to be distributed and dispensed, to R.C., mixtures and substances containing a detectable amount of Oxycodone and Methadone, Schedule II controlled substances, and Alprazolam, a Schedule IV controlled substance, through prescriptions that were not issued for a legitimate medical purpose by a practitioner acting within the usual course of professional practice.

All in violation of Title 21, United States Code, Section 841(a)(1), (b)(1)(C), and (b)(2), and Title 21, Code of Federal Regulations, Section 1306.04.

## COUNT 8

On or about June 9, 2020, in the State and District of Colorado, the defendant, TODD C. DEXTRADEUR, did knowingly and intentionally distribute and dispense, and cause to be distributed and dispensed, to R.C., mixtures and substances containing a detectable amount of Oxycodone and Methadone, Schedule II controlled substances, through prescriptions that were not issued for a legitimate medical purpose by a practitioner acting within the usual course of professional practice.

All in violation of Title 21, United States Code, Section 841(a)(1) and (b)(1)(C) and Title 21, Code of Federal Regulations, Section 1306.04.

## COUNT 9

On or about April 14, 2020, in the State and District of Colorado, the defendant, TODD C. DEXTRADEUR, did knowingly and intentionally distribute and dispense, and cause to be distributed and dispensed, to R.C., mixtures and substances containing a detectable amount of Oxycodone and Methadone, Schedule II controlled substances, through prescriptions that were not issued for a legitimate medical purpose by a practitioner acting within the usual course of professional practice.

All in violation of Title 21, United States Code, Section 841(a)(1) and (b)(1)(C) and Title 21, Code of Federal Regulations, Section 1306.04.

## COUNT 10

On or about November 8, 2018, in the State and District of Colorado, the defendant, TODD C. DEXTRADEUR, did knowingly and intentionally distribute and dispense, and cause to be distributed and dispensed, to P.G., a mixture and substance containing a detectable amount of Oxycodone, a Schedule II controlled substance, through prescriptions that were not issued for a legitimate medical purpose by a practitioner acting within the usual course of professional practice.

All in violation of Title 21, United States Code, Section 841(a)(1) and (b)(1)(C) and Title 21, Code of Federal Regulations, Section 1306.04.

## COUNT 11

On or about January 6, 2020, in the State and District of Colorado, the defendant, TODD C. DEXTRADEUR, did knowingly and intentionally distribute and dispense, and cause to be distributed and dispensed, to C.K., mixtures and substances containing a detectable amount of Oxycodone and Methadone, Schedule II controlled substances, through prescriptions that were not issued for a legitimate medical purpose by a practitioner acting within the usual course of professional practice.

All in violation of Title 21, United States Code, Section 841(a)(1) and (b)(1)(C) and Title 21, Code of Federal Regulations, Section 1306.04.

## COUNT 12

On or about March 19, 2020, in the State and District of Colorado, the defendant, TODD C. DEXTRADEUR, did knowingly and intentionally distribute and dispense, and

cause to be distributed and dispensed, to C.K., mixtures and substances containing a detectable amount of Oxycodone and Methadone, Schedule II controlled substances, through prescriptions that were not issued for a legitimate medical purpose by a practitioner acting within the usual course of professional practice.

All in violation of Title 21, United States Code, Section 841(a)(1) and (b)(1)(C) and Title 21, Code of Federal Regulations, Section 1306.04.

## COUNT 13

On or about June 11, 2020, in the State and District of Colorado, the defendant, TODD C. DEXTRADEUR, did knowingly and intentionally distribute and dispense, and cause to be distributed and dispensed, to C.K., mixtures and substances containing a detectable amount of Oxycodone and Methadone, Schedule II controlled substances, through prescriptions that were not issued for a legitimate medical purpose by a practitioner acting within the usual course of professional practice.

All in violation of Title 21, United States Code, Section 841(a)(1) and (b)(1)(C) and Title 21, Code of Federal Regulations, Section 1306.04.

## COUNT 14

On or about October 21, 2019, in the State and District of Colorado, the defendant, TODD C. DEXTRADEUR, did knowingly and intentionally distribute and dispense, and cause to be distributed and dispensed, to Z.K., mixtures and substances containing a detectable amount of Oxycodone and Methadone, Schedule II controlled substances, through prescriptions that were not issued for a legitimate medical purpose by a practitioner acting within the usual course of professional practice.

All in violation of Title 21, United States Code, Section 841(a)(1) and (b)(1)(C)

and Title 21, Code of Federal Regulations, Section 1306.04.

## COUNT 15

On or about February 21, 2019, in the State and District of Colorado, the defendant, TODD C. DEXTRADEUR, did knowingly and intentionally distribute and dispense, and cause to be distributed and dispensed, to N.P., mixtures and substances containing a detectable amount of Oxycodone and Methadone, Schedule II controlled substances, through prescriptions that were not issued for a legitimate medical purpose by a practitioner acting within the usual course of professional practice.

All in violation of Title 21, United States Code, Section 841(a)(1) and (b)(1)(C) and Title 21, Code of Federal Regulations, Section 1306.04.

## COUNT 16

On or about April 18, 2019, in the State and District of Colorado, the defendant, TODD C. DEXTRADEUR, did knowingly and intentionally distribute and dispense, and cause to be distributed and dispensed, to N.P., mixtures and substances containing a detectable amount of Oxycodone and Methadone, Schedule II controlled substances, through prescriptions that were not issued for a legitimate medical purpose by a practitioner acting within the usual course of professional practice.

All in violation of Title 21, United States Code, Section 841(a)(1) and (b)(1)(C) and Title 21, Code of Federal Regulations, Section 1306.04.

## COUNT 17

On or about December 3, 2019, in the State and District of Colorado, the defendant, TODD C. DEXTRADEUR, did knowingly and intentionally distribute and dispense, and cause to be distributed and dispensed, to N.P., a mixture and substance

containing a detectable amount of Oxycodone, a Schedule II controlled substance, through prescriptions that were not issued for a legitimate medical purpose by a practitioner acting within the usual course of professional practice.

All in violation of Title 21, United States Code, Section 841(a)(1) and (b)(1)(C) and Title 21, Code of Federal Regulations, Section 1306.04.

## COUNT 18

On or about January 27, 2020, in the State and District of Colorado, the defendant, TODD C. DEXTRADEUR, did knowingly and intentionally distribute and dispense, and cause to be distributed and dispensed, to N.P., mixtures and substances containing a detectable amount of Oxycodone and Methadone, Schedule II controlled substances, through prescriptions that were not issued for a legitimate medical purpose by a practitioner acting within the usual course of professional practice.

All in violation of Title 21, United States Code, Section 841(a)(1) and (b)(1)(C) and Title 21, Code of Federal Regulations, Section 1306.04.

## COUNT 19

On or about February 27, 2020, in the State and District of Colorado, the defendant, TODD C. DEXTRADEUR, did knowingly and intentionally distribute and dispense, and cause to be distributed and dispensed, to N.P., a mixture and substance containing a detectable amount of Oxycodone, a Schedule II controlled substance, through prescriptions that were not issued for a legitimate medical purpose by a practitioner acting within the usual course of professional practice.

All in violation of Title 21, United States Code, Section 841(a)(1) and (b)(1)(C) and Title 21, Code of Federal Regulations, Section 1306.04.

## COUNT 20

On or about April 28, 2020, in the State and District of Colorado, the defendant, TODD C. DEXTRADEUR, did knowingly and intentionally distribute and dispense, and cause to be distributed and dispensed, to N.P., a mixture and substance containing a detectable amount of Oxycodone, a Schedule II controlled substance, through prescriptions that were not issued for a legitimate medical purpose by a practitioner acting within the usual course of professional practice.

All in violation of Title 21, United States Code, Section 841(a)(1) and (b)(1)(C) and Title 21, Code of Federal Regulations, Section 1306.04.

## COUNT 21

On or about June 23, 2020, in the State and District of Colorado, the defendant, TODD C. DEXTRADEUR, did knowingly and intentionally distribute and dispense, and cause to be distributed and dispensed, to N.P., mixtures and substances containing a detectable amount of Oxycodone and Methadone, Schedule II controlled substances, through prescriptions that were not issued for a legitimate medical purpose by a practitioner acting within the usual course of professional practice.

All in violation of Title 21, United States Code, Section 841(a)(1) and (b)(1)(C) and Title 21, Code of Federal Regulations, Section 1306.04.

## COUNT 22

On or about October 30, 2019, in the State and District of Colorado, the defendant, TODD C. DEXTRADEUR, did knowingly and intentionally distribute and dispense, and cause to be distributed and dispensed, to N.S., a mixture and substance containing a detectable amount of Oxycodone, a Schedule II controlled substance,

through prescriptions that were not issued for a legitimate medical purpose by a practitioner acting within the usual course of professional practice.

All in violation of Title 21, United States Code, Section 841(a)(1) and (b)(1)(C) and Title 21, Code of Federal Regulations, Section 1306.04.

## COUNT 23

On or about December 23, 2019 in the State and District of Colorado, the defendant, TODD C. DEXTRADEUR, did knowingly and intentionally distribute and dispense, and cause to be distributed and dispensed, to N.S., a mixture and substance containing a detectable amount of Oxycodone, a Schedule II controlled substance, through prescriptions that were not issued for a legitimate medical purpose by a practitioner acting within the usual course of professional practice.

All in violation of Title 21, United States Code, Section 841(a)(1) and (b)(1)(C) and Title 21, Code of Federal Regulations, Section 1306.04.

## COUNT 24

On or about December 20, 2018, in the State and District of Colorado, the defendant, TODD C. DEXTRADEUR, did knowingly and intentionally distribute and dispense, and cause to be distributed and dispensed, to L.Z., mixtures and substances containing a detectable amount of Oxycodone and Methadone, Schedule II controlled substances, through prescriptions that were not issued for a legitimate medical purpose by a practitioner acting within the usual course of professional practice.

All in violation of Title 21, United States Code, Section 841(a)(1) and (b)(1)(C) and Title 21, Code of Federal Regulations, Section 1306.04.

## **FORFEITURE ALLEGATION**

1. The allegations contained in Counts 1 through 24 of this Indictment are hereby re-alleged and incorporated by reference for the purpose of alleging forfeiture pursuant to the provisions of Title 21, United States Code, Section 853, and Title 28, United States Code, Section 2461(c).

2. Upon conviction of the violations alleged in Counts 1 through 24 of the Indictment, the defendant, TODD C. DEXTRADEUR, shall forfeit to the United States, pursuant to Title 21, United States Code, Section 853, any and all of the defendant's right, title, and interest in all property constituting and derived from any proceeds obtained directly and indirectly as a result of such offense, and in all property used, or intended to be used, in any manner or part, to commit, or to facilitate, the commission of such offense.

3. If any of the property described above, as a result of any act or omission of the defendant:

    a) cannot be located upon the exercise of due diligence;
    b) has been transferred or sold to, or deposited with, a third party;
    c) has been placed beyond the jurisdiction of the Court;
    d) has been substantially diminished in value; or
    e) has been commingled with other property which cannot be subdivided without difficulty;

it is the intent of the United States, pursuant to Title 21, United States Code, Section 853(p), as incorporated by Title 28, United States Code, Section 2461(c), to seek forfeiture of any other property of said defendant up to the value of the forfeitable property.

A TRUE BILL:

Ink signature on file in the Clerk's office
FOREPERSON

COLE FINEGAN
United States Attorney

By: *s/ Rajiv Mohan* _____
Rajiv Mohan
Assistant U.S. Attorney
U.S. Attorney's Office
1801 California St., Ste. 1600
Denver, CO 80202
Telephone: 303-454-0100
Fax:  303-454-0406
E-mail:  Rajiv.Mohan@usdoj.gov
Attorney for Government